**IN THE UNITED STATES DISTRICT COURT**
**FOR THE** Western District Of Texas
El Paso Division

FILED

05/14/2018

CLERK OF DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY_____VM_____
DEPUTY

United States of America                    )
                                            )
V.                                          )        NO.
                                            )
Denis HERNANDEZ-Enriquez
aka

**EP:18-M -03271-001**

**GOVERNMENT'S MOTION TO DETAIN DEFENDANT**
**WITHOUT BOND AND MOTION FOR CONTINUANCE**

**TO THE HONORABLE JUDGE OF SAID COURT:**

Comes now the United States of America, by and through the United States Attorney for the _Western District Of Texas_, and files this, its Motion to Detain Defendant Without Bond and Motion for Continuance, and for cause, would respectfully show unto the Court the following:

**I.**

The Government at this time moves the Court to hold the above-named Defendant without bond pursuant to 18 U.S.C. § 3142(e) and (f). This request is made for the following reasons:

1.      The Defendant is a foreign national, and, as such, presents a high risk of fleeing to avoid prosecution on this charge.

2.    There are no conditions or combination of conditions which will

reasonably assure the appearance of the Defendant at future court settings.


The Government would further move the Court for a three day continuance

of the detention hearing from the date of the initial appearance.

        WHEREFORE, premises considered, the Government respectfully prays the

Court to hold the above-named Defendant without bail pending the final

outcome of this case.

                            Respectfully submitted,

                            JOHN F.BASH
                            UNITED STATES ATTORNEY


                            /S/ Jose Luis Gonzalez
                            JOSE LUIS GONZALEZ
                            Assistant U.S. Attorney
                            Texas State Bar No.  08129200
                            700 E. San Antonio, Ste. 200
                            El Paso, Texas  79901
                            (915) 534-6884
                            FAX (915) 534-6024